and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**UNDER SEAL, Defendant–Appellant.**

No. 02–7395.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Appellant seeks to appeal the district court's order dismissing as untimely filed his motion under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the motion states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have independently reviewed the record and conclude that Appellant has not made the requisite showing. *See Miller–El v. Cockrell,* 537 U.S., 322, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kevin Adrian COX, a/k/a Roundman,**
**a/k/a Fatboy, Defendant–**
**Appellant.**

No. 02–7458.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Kevin Cox, Appellant Pro Se. Stuart A. Berman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin Adrian Cox seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Cox has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039–40, 154 L.Ed.2d 931 (2003). In addition, we decline to address issues raised for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*